UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

James and Elizabeth Miller

CASE NO. 10-22563
CHAPTER 7

**DEBTOR**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to 11 U.S.C. §521(a)(1)(B)(iv) that the payment advices for the Debtor for at least 60 days before the bankruptcy filing were mailed to the U.S. Trustee's Office c/o Income Office, 100 Vine St. Suite 500, Lexington, Kentucky 40507-1441 on the 27th day of October, 2010.

/s/ Samantha J. Evans
Samantha J. Evans
3035 Dixie Highway, Ste 106
Edgewood KY 41017
samanthaevans@bellsouth.net
Tel: 859-291-4357
Attorney for the Debtor(s)