# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Mary Elizabeth Miller<br>James Bradley Miller<br><br>aka/dba:<br><br><br><br>Debtor(s) | Case Number: 10–22563–tnw<br><br>Chapter: 7 |

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
**(Official Form 23)**

Notice is hereby given that, subject to limited exceptions, an individual debtor must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. §§ 727) or Chapter 13 (11 U.S.C. §§ 1328). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. §§ 111.

Debtor(s) and counsel for the debtor(s)are hereby notified that Official Form 23 must be filed before a discharge can be entered. In a Chapter 7 case, the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under 11 U.S.C. §§ 341. In a Chapter 13 case, the debtor(s) must file Official Form 23 no later than the last payment made by the debtor(s) as required by the plan, or the filing of a motion for entry of a discharge under 11 U.S.C. §§ 1328(b).

Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a motion to reopen the case to allow for the filing of Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 11/10/10

                                                                Jerry D. Truitt
                                                                Clerk of Court

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).
    **If the debtor completed the instructional course in personal financial management, a certificate attesting to the completion of the course must be filed with Official Form 23.**