Certificate Number: 03844-KYE-DE-013084277

Bankruptcy Case Number: 10-22563



03844-KYE-DE-013084277

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 22, 2010</u>, at <u>8:32</u> o'clock <u>AM CST</u>, <u>Elizabeth Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>Start Fresh Today Instructional, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Kentucky</u>.

Date:   <u>November 22, 2010</u>         By:   <u>/s/Gonzalo Ortega</u>

                                       Name:  <u>Gonzalo Ortega</u>

                                       Title: <u>Educator</u>